ACCEPTED
03-15-00232-CR
7851796
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 4:37:26 PM
JEFFREY D. KYLE
CLERK

## 03-15-00232-CR

| | | | |
|---|---|---|---|
| **ALICIA NICOLE PEREZ,** | § | **IN THE** | FILED IN |
| **Appellant** | § | | 3rd COURT OF APPEALS |
| | § | | AUSTIN, TEXAS |
| **VS.** | § | **THIRD COURT** 11/16/2015 4:37:26 PM | |
| | § | | JEFFREY D. KYLE |
| **STATE OF TEXAS,** | § | **OF APPEALS** Clerk | |
| **Appellee** | | | |

## MOTION TO WITHDRAW AS COUNSEL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Susan Schoon, Movant and attorney of record for Appellant, Alicia Perez and brings this Motion to Withdraw as Counsel and in support thereof shows:

1. Movant was appointed by the Court to represent Alicia Perez in the appeal of this cause

2. Appellant, Alicia Perez, was convicted of possession of a controlled substance and sentenced to a probated sentence of four years.

3. Movant is unable to raise any arguable issues for appeal, and has filed an *Anders* brief in this cause.

4. There are currently no pending deadlines.

5. A copy of this motion, as well as a letter informing Appellant of 1) her right to file a *pro se* response; 2) her right to access the appellate record; and 3) her right to file a petition for discretionary review should the appeal be deemed frivolous have been mailed by certified mail to Appellant. A Motion for *Pro Se* Access to the Appellate Record was also sent to appellant at her last known address:
3438 Country View
Cibolo, TX 78108

A copy of the letter is attached to this motion.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court allow Susan Schoon to withdraw as counsel for Alicia Perez and from any further representation of Alicia Perez in this cause.

Respectfully submitted,

Schoon Law Firm, P.C.
200 N. Seguin Avenue
New Braunfels, Texas 78130
Tel: (830) 627-0044
Fax: (830) 620-5657
susan@schoonlawfirm.com
By:_____
Susan Schoon
State Bar No. 24046803
Attorney for Appellant

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on <u>November 12, 2015</u>, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas by email to preslj@co.comal.tx.us

_____
Susan Schoon



SCHOON LAW FIRM, P.C.

November 12, 2015



COPY

Ms. Alicia Perez
3438 Country View
Cibolo, Texas 78108

Dear Ms. Perez:

Enclosed please find my motion to withdraw from representing you on appeal, along with the brief I filed with the 3rd Court of Appeals in Austin. I regret that I could not identify any grounds for reversal in your case. My brief explains this to the Court of Appeals, and if they agree, I will be allowed to withdraw from the case.

Most importantly, this letter is to notify you of the following important rights:

1. You have the right to file a *pro se* (this means you represent yourself) response to the brief and file it with the Third Court of Appeals. If you choose to do so, your response will be due within 30 days.

2. You have the right to review the record in order to prepare your response. If you wish to do so, you must file a motion for *pro se* access to the appellate record with the Third Court of Appeals. For your convenience, I have enclosed such a motion. You must sign and date the motion, and forward it to the Third Court of Appeals within ten (10) days from the date of this letter.

200 N. Seguin Avenue
New Braunfels, Texas 78130
Phone: (830) 627-0044
Fax: (830) 620-5657

THIRD COURT OF APPEALS
P.O. Box 12547
Austin, Texas 78711

3.    You have the right to file a Petition for Discretionary Review (PDR) with the Court of Criminal Appeals should the Third Court of Appeals declare your appeal frivolous.

TEXAS COURT OF CRIMINAL APPEALS
P.O. Box 12308
Austin, Texas 78711

I wish you the best of luck.

Respectfully,

Susan Schoon,
Attorney

## 03-15-00232-CR

| | | |
|---|---|---|
| **ALICIA NICOLE PEREZ,** | § | **IN THE** |
| Appellant | § | |
| **VS.** | § | **THIRD COURT** |
| | § | |
| **STATE OF TEXAS,** | § | **OF APPEALS** |
| Appellee | | |

## MOTION FOR *PRO SE* ACCESS TO THE APPELLATE RECORD

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Alicia Perez, Appellant in the above-styled and numbered cause, and moves this Honorable Court to allow her *pro se* access to the appellate record, and for good cause shows the following:

### I.

Appellant is indigent, and Susan Schoon was appointed by the trial court to represent Appellant for purposes of her appeal.

### II.

Susan Schoon has provided Appellant with a copy of the *Anders* brief filed in this cause, indicating that she is unable to identify any meritorious points of error to raise. In order to determine whether to file a response, Appellant requests access to the appellate record in this cause.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court allow her *pro se* access to the appellate record in this cause.

Respectfully Submitted:

_____
Alicia Perez, Appellant

_____
Date

ACCEPTED
03-15-00232-CR
7851796
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 4:37:26 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00232-CR

| | | |
|---|---|---|
| ALICIA NICHOLE PEREZ | § | IN THE COURT OF APPEALS |
| | § | |
| v. | § | THIRD JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | SITTING AT AUSTIN, TEXAS |

## CERTIFICATE OF COUNSEL

In compliance with the requirements of *Anders v. California*, 386 U.S. 378 (1967), I, Susan Schoon, court-appointed counsel for appellant, Alicia Nichole Perez, in the above-referenced appeal, do hereby verify, in writing, to the Court that I have:

1. notified appellant that I filed a motion to withdraw as counsel with an accompanying *Anders* brief, and provided a copy of each to appellant;

2. informed appellant of her right to file a pro se response identifying what she believes to be meritorious grounds to be raised in her appeal, should she so desire;

3. advised appellant of her right to review the appellate record, should she wish to do so, preparatory to filing that response;

4. explained the process for obtaining the appellate record, provided a *Motion for Pro Se Access to the Appellate Record* lacking only appellant's signature and the date, and provided the mailing address for this Court; and

5. informed appellant of her right to seek discretionary review pro se should this Court declare her appeal frivolous.

Respectfully submitted,

_____
Attorney for Appellant